**Motion Granted and Order filed March 5, 2013**



In The

# Fourteenth Court of Appeals

_____

NO. 14-12-00309-CR
_____

**BRANDON JOHNSON BARFIELD, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 182nd District Court**
**Harris County, Texas**
**Trial Court Cause No. 1229325**

## ORDER

The State has filed a motion to supplement the record on appeal with an original exhibit. The motion is granted.

The clerk of the 182nd District Court is directed to deliver to the Clerk of this court the original of State's Exhibit 1, a CD recording of an oral statement made by appellant, on or before **March 15, 2013.** The Clerk of this court is directed to receive, maintain, and keep safe this original exhibit; to deliver it to the justices of this court for their inspection; and, upon completion of inspection, to return the original of State's Exhibit 1 to the clerk of the 182nd District Court.


PER CURIAM